UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nathaniel Salley and Joseph Salley, as Personal Representatives of the Estate of Annie Salley,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　Versus<br><br>Heartland-Charleston of Hanahan, SC, LLC, d/b/a Heartland Healthcare Center – Charleston; HCR Manorcare, Inc.; Manor Care, Inc.; Manor Care of America, Inc.; HCR Manorcare Medical Services of Florida, LLC; The Carlyle Group,<br><br>　　　　　　　　　　　Defendants. | C/A No. 2:10-cv-00791-DCN<br><br><br><br><br><br>**NOTICE AND MOTION TO DISMISS, PURSUANT TO RULES 12(B)(2) AND (B)(6), ON BEHALF OF THE CARLYLE GROUP** |

TO:   IAN S. FORD AND DWAYNE GREEN, ATTORNEYS FOR THE PLAINTIFFS:

　　　The Defendant The Carlyle Group filed a motion to dismiss for lack of personal jurisdiction, pursuant to Rule 12(b)(2), in the state court before this case was removed to federal court, which motion remains pending.

　　　The Defendant The Carlyle Group will move in ten days or as soon as may be heard to renew that motion to and will seek an order of dismissal under Rule 12(b)(2), Fed. R.Civ. P., on the ground that The Carlyle Group does not have any contacts with the State of South Carolina sufficient to establish personal jurisdiction under the South Carolina long-arm statute or the Due Process Clause.

　　　In the alternative, The Carlyle Group will also move for an order dismissing the complaint against this Defendant, pursuant to Rule 12(b)(6), Fed. R. Civ. P., because the Plaintiffs fail to state a claim upon which relief can be granted against this Defendant.

This motion is supported by all applicable authority, and it is supplemented with a memorandum of law and affidavits submitted herewith as well as any other memoranda, argument, and affidavits which might be submitted hereafter as permitted under the Federal Rules of Civil Procedure.

        HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630
Email: Info@hoodlaw.com


**s/ Elloree A. Ganes**
Robert H. Hood (1939)
Molly H. Craig (6671)
Elloree A. Ganes (9022)
Brian E. Johnson (10098)

Attorneys for the Defendant
The Carlyle Group

**June 25, 2010**
Charleston, South Carolina
J:\docs\20.033\MIO-MTD (2).doc

2