| COMPANY | TEAM | PORTFOLIO | MEDIA ROOM | CAREERS | CONTACT | CORPORATE RESPONSIBILITY | INVESTOR LOG-IN | SEARCH |



## Contact

Home : Contact : Worldwide Offices

### Contact

- Account Status
- Career Opportunities
- Investor Relations
- Public & Media
- Submit Business Proposal
- Worldwide Offices

### Worldwide Offices

**Washington, DC**
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
United States
P +1 202 729 5626
F +1 202 347 1818

**Barcelona**
Pau Casals, 13
08021 Barcelona, Spain
P +34 93 200 09 06
F +34 93 209 35 10

**Beijing**
2518-2521 South Office Tower
Beijing Kerry Centre
No. 1, Guang Hua Road
Chaoyang District
Beijing 100020, China
P +86 10 6536 0000
F +86 10 6536 0199

**Beirut**
Building 142 Marfaa'
Al Moutran Street
Beirut Central District
Postal Code: 20127106
Beirut, Lebanon
P +961 1 97 27 01
F +961 1 97 27 60

**Cairo**
Nile City Towers, South Tower
Cornish El Nil - Boulaq
Cairo 11221 - Egypt
P +202 2461 8100
F +202 2461 8110