UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Nathaniel Salley and Joseph Salley, as Personal Representatives of the Estate of Annie Salley, | ) ) | C/A No. 2:10-cv-00791-DCN |
| | ) | |
| Plaintiffs, | ) | **AFFIDAVIT** |
| | ) | **OF** |
| Versus | ) | **KATHRYN S. HOOPS** |
| | ) | |
| Heartland-Charleston of Hanahan, SC, LLC, d/b/a Heartland Healthcare Center – Charleston; HCR Manorcare, Inc.; Manor Care, Inc.; Manor Care of America, Inc.; HCR Manorcare Medical Services of Florida, LLC; The Carlyle Group, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

PERSONALLY appeared before me, Kathryn S. Hoops, who, being duly sworn, deposes and says:

1.      I am a Vice President and Director of Tax, Internal Audit and Risk Management for HCR ManorCare, Inc.

2.      I have reviewed the records in my possession relative to corporate structure of the Defendants and the chart attached as Exhibit A is an accurate description of the current corporate structure.

3.      The attached records are copies of records which are kept in the ordinary course of business by this office.

FURTHER AFFIANT SAYETH NOT.

Kathryn S. Hoops, Vice President
Director of Tax, Internal Audit and Risk
Management

SWORN TO AND SUBSCRIBED before me
this 16th day of July, 2010.

NOTARY PUBLIC FOR OHIO
MY COMMISSION EXPIRES: 1/26/15

LISA A. TAYLOR
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 01-26-2015

2



EXHIBIT A