UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nathaniel Salley and Joseph Salley, as Personal Representatives of the Estate of Annie Salley, ) ) ) | C/A No. 2:10-cv-00791-DCN |
| Plaintiffs, ) ) | |
| Versus ) ) | |
| Heartland-Charleston of Hanahan, SC, LLC, d/b/a Heartland Healthcare Center – Charleston; Manor Care of America, Inc. ) ) ) ) ) ) | **ORDER APPROVING SETTLEMENT** |
| Defendants. ) | |

UPON READING the Petition of Nathaniel Salley and Joseph Salley, as Personal Representatives of the Estate of Annie Salley, and it appearing that Nathaniel Salley and Joseph Salley deem the offer of settlement acceptable, advantageous, and in the best interest of The Estate and the beneficiaries and

IT FURTHER APPEARING in the discretion of this Court that such settlement is proper and in the best interest of the Estate, it is

ORDERED, ADJUDGED AND DECREED that Nathaniel Salley and Joseph Salley, as Personal Representatives of the Estate of Annie Salley, are hereby authorized to consummate the settlement referred to in the Petition for Settlement Approval and to execute and deliver to the Defendants an appropriate Release terminating, releasing, and ending any and all claims and actions asserted or brought under or by virtue of any South Carolina Statute or by common law against the Defendants, Heartland-Charleston of Hanahan, SC, LLC, d/b/a Heartland Healthcare Center – Charleston and Manor Care of America, Inc. including their officers, directors,

employees, physicians, agents, servants, attorneys, partners and representatives, predecessors and successor corporations or entities and their attorneys, heirs, assigns, executors, administrators, successors, subsidiaries, affiliated companies, parent companies, insiders, and any other indemnitors and their Insurers, including their insured entities.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the attorneys fees and costs itemized in the Petition filed herewith are approved by the Court, and that Nathaniel Salley and Joseph Salley, as Personal Representatives of the Estate of Annie Salley, are hereby authorized to pay such fees and costs as well as any and all medical, federal or state liens, including but not limited to Medicare and/or Medicaid, out of the settlement proceeds, with the balance of said proceeds to be paid in accordance with the law. Petitioners will provide a release of said liens to Defendants prior to disbursal of attorney fees and costs, pursuant to the Petition for Approval of Settlement that is submitted herewith.

_____
David C. Norton,
Chief United Sates District Judge

February 27, 2012
Charleston, South Carolina

J:\docs\20.033\Order Approving Settlement.doc

2